IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN T. DUPIRACK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| KIRK NOLAN and PENNSYLVANIA STATE POLICE, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF REMOVAL**

AND NOW come the Defendants, Kirk Nolan and Pennsylvania State Police, by their attorneys, Robert Willig, Senior Deputy Attorney General, and Susan J. Forney, Chief Deputy Attorney General, Chief., Litigation Section, and pursuant to 28 U.S.C. §§ 1441 and 1446, hereby remove the above-captioned action from the Court of Common Pleas of Allegheny County to the United States District Court for the Western District of Pennsylvania. Grounds in support of removal are as follows:

1. Plaintiff commenced this civil action by Praecipe for Writ of Summons filed on or about October 3, 2007 in the Court of Common Pleas of Blair County at No. 2007 GN 5438 (Exh. A hereto). Well over a year later, he filed and served complaint at that Docket number on January 23, 2009 (Exh. B hereto).

2. The Complaint alleges excessive force by officer Nolan and includes a civil rights claim under 42 U.S.C. §1983 for alleged violations of plaintiff's rights under the Fourth, Eighth and Fourteenth Amendment to the United States Constitution.

3. This Court has original jurisdiction over plaintiff's federal claims pursuant to 28 U.S.C. § 1331 and §1343. Accordingly, defendant is entitled to remove the action to this Court pursuant to 28 U.S.C. § 1441(a) and (b).

4. This Notice of Removal is being filed within 30 days after receipt of plaintiff's state court complaint by defendant, as required by 28 U.S.C. § 1446(b).

5. Copies of this Notice of Removal will be duly filed with the Prothonotary of the Court of Common Pleas of Blair County and served upon plaintiff's counsel.

6. In removing this action, defendant does not waive its objections to defects in service or improper service, or any defenses, including without limitation, defenses available by virtue of the Eleventh Amendment to the United States Constitution or under the Pennsylvania Sovereign Immunity Act.

Respectfully submitted,

**THOMAS W. CORBETT, JR.**
**Attorney General**

By: s/Robert A. Willig
Robert A. Willig
Senior Deputy Attorney General
Attorney I.D. No. 53581

Susan J. Forney
Chief Deputy Attorney General
Chief, Litigation Section

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219

Date: February 12, 2009

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2009, I electronically filed the foregoing **Notice of Removal** with the Clerk of Court using the CM/ECF system. This document will be mailed via U.S. mail to the following non CM/ECF participants:

Richard A. Behrens, Esquire
Ten Bird Cage Walk
Towne Square
Hollidaysburg, PA 16648

Prothonotary
Court of Common Pleas
of Blair County
423 Allegheny Street
Hollidaysburg, PA 16648

s/Robert A. Willig
Robert A. Willig
Senior Deputy Attorney General

Office of Attorney General
564 Forbes Avenue
6th Floor, Manor Complex
Pittsburgh, PA 15219

Date: February 12, 2009