# EXHIBIT A

Case 3:08-mc-02025 Document 17-3 Filed 02/12/2009 Page 2 of 2



**Writ of Summons**

**COMMONWEALTH OF PENNSYLVANIA**
**County of BLAIR**

*File No.* **2007 - 05438**

**DUPIRACK BRIAN T**

*** VERSUS ***

**NOLAN KIRK**
**PENNSYLVANIA STATE POLICE**

*TO:*

**PENNSYLVANIA STATE POLICE**
**HOLLIDAYSBURG BARRACKS**
,

*PLF ATTY:*

**BEHRENS RICHARD A ESQ**
**TEN BIRD CAGE WALK**
**TOWNE SQUARE**
**HOLLIDAYSBURG, PA 16648**

*You are hereby notified that the following Plaintiff,*

**DUPIRACK BRIAN T**

*has commenced an action against you.*

*Date:* October 03, 2007

Carol A. Newman
*Prothonotary (Clerk)*

*By* ______________________
*Deputy*

PA. STATE POLICE
OFFICE OF CHIEF COUNSEL
2007 OCT 26 PM 4:49