**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BRIAN T. DUPIRACK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:09-CV-32 |
| | ) | JUDGE KIM R. GIBSON |
| KIRK NOLAN, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**FORM OF VERDICT**

1. Do you find that the Defendant, Kirk Nolan, intentionally committed an act, under color of state law, which violated the Plaintiff's, Brian Dupirack's, Fourth Amendment right not to be subjected to excessive force?

Yes ___ No X

IF YOU ANSWERED QUESTION # 1 "YES," GO TO QUESTION #2.

IF YOU ANSWERED QUESTION #1 "NO," THE PLAINTIFF, BRIAN DUPIRACK, CANNOT RECOVER AND YOU SHOULD NOT ANSWER ANY FURTHER QUESTIONS AND SHOULD CEASE YOUR DELIBERATIONS, SIGN THE FINAL PAGE OF THE FORM AS INSTRUCTED, SEAL THIS VERDICT FORM IN THE ENVELOPE, AND THEN NOTIFY THE BAILIFF THAT YOU ARE READY TO RETURN TO THE COURTROOM.

2. Did the Defendant's act, described in question #1, above, cause injury to the Plaintiff?

Yes ___ No ___

IF YOU ANSWERED QUESTION #2 "YES," PROCEED TO QUESTION # 3A, AND SKIP QUESTION #3B.

IF YOU ANSWERED QUESTION #2 "NO," SKIP QUESTION #3A AND PROCEED TO QUESTION #3B.

3.

A. Please state the amount that will fairly compensate the Plaintiff for any injury he actually sustained as a result of the Defendant's conduct.

$__________________________

**(OR)**

B. Because we answered "No" to Question No. 2, Plaintiff is awarded nominal damages in the amount of $1.

AFTER ANSWERING QUESTION #3, PROCEED TO QUESTION #4.

4.

A. Did the Defendant act maliciously or wantonly in violating the Plaintiff's rights?

Yes ____ No ____

IF YOU ANSWERED "YES" TO QUESTION #4A, PROCEED TO QUESTION #4B. OTHERWISE, YOU SHOULD NOT ANSWER ANY FURTHER QUESTIONS AND SHOULD CEASE YOUR DELIBERATIONS, SIGN THE FINAL PAGE OF THE FORM AS INSTRUCTED, SEAL THIS VERDICT FORM IN THE ENVELOPE, AND THEN NOTIFY THE BAILIFF THAT YOU ARE READY TO RETURN TO THE COURTROOM.

B. Do you award punitive damages against the Defendant?

Yes ____ No ____

If yes, in what amount?

$__________________________

NOW, PLEASE CEASE YOUR DELIBERATIONS, SIGN THE FINAL PAGE OF THE FORM AS INSTRUCTED, SEAL THIS VERDICT FORM IN THE ENVELOPE, AND THEN NOTIFY THE BAILIFF THAT YOU ARE READY TO RETURN TO THE COURTROOM.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN T. DUPIRACK, | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 3:09-CV-32 |
| | ) | JUDGE KIM R. GIBSON |
| KIRK NOLAN, | ) | |
| Defendant. | ) | |

**JUROR SIGNATURE PAGE**

**DATED:** 11/23/2010

**FOREPERSON'S SIGNATURE:** [signature]

**JUROR SIGNATURE:** [signature]

**JUROR SIGNATURE:** [signature]

**JUROR SIGNATURE:** [signature]

**JUROR SIGNATURE:** [signature]

**JUROR SIGNATURE:** [signature]

**JUROR SIGNATURE:** [signature]

**JUROR SIGNATURE:** [signature]

**JUROR SIGNATURE:** [signature]

**JUROR SIGNATURE:** [signature]

**JUROR SIGNATURE:** [signature]

**JUROR SIGNATURE:** [signature]